















```
KAJ     8/9/06      14:00
3:06-CV-1577 POPESCU V. CITY OF SAN DIEGO
*1*
*CMP*
```

```
1  VIRGIL POPESCU, PRO SE
   P.O.BOX 83175
2  SAN DIEGO, CA, 92138
   (619)287-8860
3
```

2005 AUG -8  PM 10:47

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA.

VIRGIL POPESCU,  )
    Plaintiff    )
                 )   Case No. 06 CV 1577  LAB LSP
VS.              )
                 )
CITY OF SAN DIEGO, )
                 )
PARKING MANAGEMENT DIVISION )  COMPLAINT FOR PERSONAL INJURY
                 )
and ROBET PAGAN # 8073 )   and
                 )
    Defendants.  )   JURY TRIAL DEMAND.
_____)

Plaintiff alleges:

### COMPLAINT PARTIES.

1. Plaintiff Virgil Popescu, is a U.S. Citizen and a resident of the State of California, City of San Diego.

2. Defendant City of San Diego is the local Government, which has the duty to make laws, rules, regulations and ordinances in accordance with the U.S. Constitution and State Constitution and enforce them justly, legally, and equally.

1

3. Defendant, Parking Management Division, is a section of the City of San Diego, which has a duty to enforce the Parking Ordinances, justly, legally and equally, without any discrimination, or malicious acts.

4. Defendant ROBERT PAGAN, badge #8073 is an employee of the City of San Diego, which has a duty to enforce the Parking Ordinances, justly, legally and equally, without any discrimination or malicious acts.

## JURISDICTION.

5. The United States District Court has JURISDICTION under 42 U.S.C. #1983.

## VENUE.

6. The Southern District of California has venue, because the Plaintiff is an American Citizen and resident of San Diego County.

## FACTUAL ALLEGATIONS.

7. Since 1992 Plaintiff Virgil Popescu, parked his car on daily basis, on his property, located near the alley on 4000 block between Euclid Avenue and 47th. Street, San Diego, CA, 92105. 90% of the car was on Plaintiff's property, and 10 % on the alley which is 25 Feet wide.
No parking tickets were issued on this car, until 10/01/2005 when the Plaintiff found a ticket issued by Defendant Robert Pagan, a Parking Enforcement Officer.

- 2 -

8. Plaintiff Virgil Popescu took pictures from the car parked on that location and wrote a letter explaining that 90% of the car was parked on his property, and only 10% was on the alley, which still had 24 Feet and 2" available for traffic, so there was no obstruction, not violation of the law.

9. Defendant Parking Management Division, answered the letter and among other things stated :

>"An unattended vehicle violates this section even if it extends only partially into any alley".

10. On 11/16/2005 Plaintiff Virgil Popescu, came out from his residence and moved his car from the front of the garage, and park it about 40% on the ally and 60% on his property to be able to open the garage door, and load some personal items in the car.
Two garage doors were open, and the doors on the passengers side were open also. The Plaintiff was in the garage looking for the items to be brought and put in the car. The entire affair took approximately 5 minutes. The Plaintiff closed the garage doors, closed the car doors and was coming around to the driver's side. The Plaintiff noticed a yellow parking envelope on his winshield and was under the impression , that he got the ticket the night before from somewhere, and he did not see it. He opened the envelope. The date was 11/16/2005 and the time was 10:46. The Plaintiff looked at his wrist watch, which showed 11/16/2005 and the time was 10;50.
The Plaintiff suffers of Heart Disease and had an Heart Attack

- 3 -

in the past. He felt pressure in his head. His vision was blurry he got dizzy and colapsed on the ground. The Plaintiff felt tremendous pain in the heart, strong palpitations and irregular heart beats. He reached quickly to a small container, in which he carries at all times nitroglycerine pills. He put one pill under his tang and remained flat on the ground for the next 5 minutes. Then the Plaintiff left the car exactly where it was and went into his apartment, and spent the day in bed, taking nitroglycerine pills and struggling to survive.
For the next several days the Plaintiff was confined to bed, and the car remained parked there where it was left.
No additional tickets were iisued. The place was 4400 block of Estrella Ave.San Diego.

   11. The act of Defendant Robert Pagan was OUTRAGEOUS,intentional, premeditated and deliberated to inflict emotional distress upon the Plaintiff.
According to the City Ordinance, any one has the right to fully park on the alley in order to load or unload things from his car, for 20 minutes. The Plaintiff was in the garage for about 5 minutes, while the Defendant Robert Pagan sneaked behind his back and put the ticket there and left quick.

   12. On 12/14/ 2005 The Plaintiff found another ticket on his car which was and is permanently parked on his property 90% and 10% on the alley, which is 25 Feet wide.
At this time the Plaintiff made photo-copies of the two tickets and put them on the dash board. Next to them he printed a Note which reads:    " These two tickets were illegally issued

- 4 -

        by Robert Pagan Badge # 8073 who drives
vehicle 6535. A notice of Claim was served
and I will see him in the City in Court. He is
a S.O.B. and Dirty Crook . My Phone number is
(619)287-8860, so when you write next ticket
call me, I want to see you face to face.

13. From time to time I drive the car, but I park it exactly on the same place, for the last 8 months, and no other tickets were issued.

14. A Notice of Claim was served to the City of San Diego on December 15-2005, which it was not unswered within 30 days as directed by the law.
The Claim was denied and the letter denying the Claim was received On February 13-2006, and is signed by Leroy Hosteller.

15. After the incidents the Plaintiff observed that many cars are parked on the alley on both locations, some of them partially and others totally. The Plaintiff spoke to the owners of the cars and took pictures from the cars to prove his allegations. None of them were given any tickets.

16. The Plaintiff investigated further and realized that he was specially targetted by Defendant ROBERT PAGAN.
The Plaintiff learned that "PAGAN", according to the Webster dictionary is one who does not believe in GOD. Who else would walk around with a name like that ? Only one who is a "pagan" and is proud of his name.

- 5 -

17. Then the Plaintiff became aware of the fact, that he was targeted by PAGAN, because of his religious believes and his religious activity.
Obviously PAGAN saw the bumper stickers on the cars and the ones posted on top of the garage reading "SAVE OUR CROSS"

18. The Plaintiff donated hundreds of dollars to support the fight to preserve the Cross on Mount Soledad. The Plaintiff put big posters which read "YES ON PROPOSITION "A", at the Court House , at the Post Office, At the Police Department and other public place, including one on top of his garage located on the alley 4000 block between Euclid and 47th. Street.
Before this campaign the Plaintiff Parked his Suburban on the alley, behind the Datsun Pickup parked there at all times, and kept bussy taking or puting items in the storage.
He noticed many times the vehicle of the Parking Enforcement passing by, but it never stopped to say something to the Plaintiff.

19. Obviously the officer was Robert Pagan, who was able to remember the Suburban, being the only one with the Sun Roof and Fire Birds on the front grill, in the entire city.
He also noticed the signs supporting the CROSS, and when I was not there he put the ticket on the Datsun Pickup truck, and later when he spotted the Suburban in a different location, knew exaclty who the driver was and chosed to punish him again for his religious believe. Clear act of DISCRIMINATION.

20. Then  he passed again by the place where the Datsun was

- 6 -

and posted the third parking ticket.

21. Defendant ROBERT PAGAN acted under the "COLOR OF LAW" and subjected the Citizen of the United States, Virgil Popescu to depravation of rights, priviledges or immunities secured by the Constitution and Laws, therefore he is liable to the party injured.

22. In all three incidents the cars were legally parked, and the tickets issued were illegal and false and issued intentionally, premeditately and deliberately to inflict tremendous emotional distress. His conduct was highly outrageous, and discriminatory.

23. Defendants City of San Diego and Parking Management Division were fully aware of Defendant Pagan's outrageous conduct and fully allowed him to continue. They are equally and fully liable to the Plaintiff.

24. The outrageous conduct of the Defendants caused to Plaintiff pain in the mind and the body, had him confined to bed for several days and nearly killed him by a Heart Attack.
Since then the Plaintiff never removed from his mind the outrageous conduct of the defendants and suffers even as to this day and this time of mental anguish, pain and suffering.
No person deserves to be harassed, discrminitated and injured because of his or her religious believe or activity. In injuring the Plaintiff Defendants acted with complete disregard to the rights an feelings of the Plaintiff.

- 7 -

1    WHEREFORE, Plaintiff Virgil Popescu demands JUDGMENT against
2  Defendants CITY OF SAN DIEGO, PARKING MANAGEMENG DIVISION and
3  ROBERT PAGAN # 8073, for $10,000,000.oo (Ten Millions ) in
4  Compensatory and Punitive Damages.

### JURY TRIAL DEMAND.

Plaintiff Virgil Popescu, hereby demands a Trial by 12 Jury, on all issues in the within matter.

### CERTIFICATION.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment for PERJURY.

Dated: August 8,2006
At San Diego,California.

/s/ *Virgil Popescu*

Virgil Popescu, Pro Se.

- 8 -

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
VIRGIL POPESCU

**(b)** County of Residence of First Listed Plaintiff: SAN DIEGO.
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
VIRGIL POPESCU, PRO SE (619)287-8860

## DEFENDANTS
CITY OF SAN DIEGO, PARKING MANAGEMENT DIVISION and ROBERT PAGAN # 8073

County of Residence of First Listed Defendant: SAN DIEGO
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
**06CV1577  LAB LSP**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 42 U.S.C. #1983
Brief description of cause: Personal Injury and Jury Trial Demand

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 10,000,000 Ten Millions
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: August 8-2006
SIGNATURE OF ATTORNEY OF RECORD: *Virgil Popescu, PRO SE*

**FOR OFFICE USE ONLY**
RECEIPT # 127968  AMOUNT $350  APPLYING IFP /ks 8/8/06  JUDGE _____  MAG. JUDGE _____