# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL POPESCU,<br><br>                           Plaintiff,<br>  vs.<br><br>CITY OF SAN DIEGO, PARKING MANAGEMENT DIVISION and ROBERT PAGAN #8073,<br><br>                          Defendants. | CASE NO. 06CV1577-LAB (LSP)<br><br>**ORDER DISMISSING AS MOOT DEFENDANT'S MOTION TO DISMISS** |

On August 8, 2006, Plaintiff filed his complaint in this case. On August 30, 2006, Defendants filed their motion to dismiss. Plaintiff filed his opposition on September 26, 2006, to which Defendants replied on October 5, 2006. On October 10, 2006, Plaintiff filed his Amended Complaint.

On October 17, 2006, this Court ordered Defendants, in light of Plaintiff's filing of his amended complaint, to file a memorandum of points and authorities by the close of business on Monday, October 23, 2006, showing cause why Defendants' motion to dismiss should not be dismissed as moot. In the alternative, Defendants were given leave to file an amended notice of motion asking the Court to construe their motion filed August 30, 2006 to apply to the amended pleading.

Defendants have filed neither a notice nor a memorandum of points and authorities as ordered. For these reasons, Defendants' motion filed August 30, 2006 is hereby **DISMISSED AS MOOT**.

/ / /

1  Accordingly, the hearing on Defendants' motion to dismiss currently on calendar for Monday,
2  October 30, 2006 at 10:30 a.m. is taken off calendar. No appearances will be required on Monday,
3  October 30, 2006 in this matter.
4      **IT IS SO ORDERED**.
5  DATED: October 25, 2006

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge