MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

POPESCU    v. CITY OF SAN DIEGO                    No. 06CV1577-LAB(LSP)

HON. LEO S. PAPAS        CT. DEPUTY TRISH LOPEZ        Rptr. _____

|  Plaintiffs  | Attorneys | Defendants |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

The date and time of the Settlement Conference on December 19, 2007 at 2 p.m. is vacated and reset for February 6, 2008 at 2 p.m.

All parties or their representatives who have full and unlimited authority to enter into a binding settlement, in addition to the attorneys participating in the litigation, shall be present at the conference.

"Full authority to settle" means that the individuals at the settlement conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. Pitman v. Brinker Intl., Inc., 216 F.R.D. 481, 485-486 (D. Ariz. 2003). The purpose of requiring a person with unlimited settlement authority to attend the conference includes that the person's view of the case may be altered during the face to face conference. Id. at 486. A limited or a sum certain of authority is not adequate. Nick v. Morgan's Foods, Inc., 270 F.3d 590 (8th Cir. 2001).

DATED: December 5, 2007

_____
Hon. Leo S. Papas
U.S. Magistrate Judge